| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ALBERT J. BORO, JR. (CA Bar # 126657) |
| 2 | albert.boro@pillsburylaw.com<br>JOANNE H. KIM (CA Bar # 221525) |
| 3 | joanne.kim@pillsburylaw.com<br>50 Fremont Street |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
| 6 | Attorneys for Defendant<br>SHARP ELECTRONICS CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Jo Nash, on behalf of herself and all others similarly situated, | ) ) ) | No. C-06-7601 SI |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| v. | ) ) | |
| LG Phillips LCD Co., Ltd, et al., | ) ) | |
| Defendants. | ) ) ) | |

### **STIPULATION FOR EXTENSION OF TIME**

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 12, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

1      WHEREAS there are motions pending before the Judicial Panel on Multidistrict

2  Litigation to transfer the LCD Cases to the Northern District of California or the District of

3  New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §

4  1407;

5      WHEREAS plaintiff anticipates the possibility of Consolidated Amended

6  Complaints in the LCD Cases;

7      WHEREAS plaintiff and defendant Sharp Electronics Corporation ("SEC") have

8  agreed that an orderly schedule for any response to the pleadings in the LCD Cases would

9  be more efficient for the parties and for the Court;

10     WHEREAS plaintiff agrees that the deadline for SEC to respond to the Complaint

11  shall be extended until the earlier of the following two dates: (1) forty-five days after the

12  filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after

13  plaintiff provides written notice to SEC that she does not intend to file a Consolidated

14  Amended Complaint, provided that such notice may be given only after the initial case

15  management conference in the MDL transferee court in this case;

16     WHEREAS plaintiff further agrees that this extension is available, without further

17  stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing

18  of their intention to join this extension;

19     WHEREAS this Stipulation does not constitute a waiver by SEC or any defendant

20  of any defense, including but not limited to the defenses of lack of personal or subject

21  matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper

22  venue.

23     PLAINTIFF AND DEFENDANT SHARP ELECTRONICS CORPORATION, BY

24  AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY

25  STIPULATE AS FOLLOWS:

26     1.    The deadline for the SEC to respond to the Complaint shall be extended until

27  the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated

28  Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides

1  written notice that she does not intend to file a Consolidated Amended Complaint, provided

2  that such notice may be given only after the initial case management conference in the

3  MDL transferee court in this case.

4      2.      This extension is available, without further stipulation with counsel for

5  plaintiff or further order of the Court, to all named defendants who notify plaintiff in

6  writing of their intention to join this extension.

7      IT IS SO STIPULATED.

8

9  Dated:  January 8, 2007                         Dated:  January 8, 2007

10 Signature: /s/ Christopher L. Lebsock           Signature:  /s/ Albert J. Boro, Jr.

11 Michael P. Lehmann                              Albert J. Boro, Jr.
   Thomas P. Dove                                  Joanne H. Kim
12 Christopher L. Lebsock                          Pillsbury Winthrop Shaw Pittman LLP
   Jon T. King                                     50 Fremont Street
13 Furth Lehmann & Grant LLP                       San Francisco, California  94105
   225 Bush Street, 15th Floor
14 San Francisco, CA 94104-4249                    Counsel for Defendant Sharp Electronics
                                                   Corporation
15 Francis O. Scarpulla
   Craig C. Corbitt
16 Zelle Hofmann Voelbel Mason & Gette LLP
   44 Montgomery Street, Suite 3400
17 San Francisco, CA 94104

18 Counsel for Plaintiff Jo Nash

19

20 SO ORDERED:

21
   Dated:
22                                                 United States District Judge

23

24

25

26

27

28

500118079v1                        - 3 -           STIPULATION AND [PROPOSED] ORDER
                                                   EXTENDING TIME TO RESPOND TO COMPLAINT
                                                   Case No. C-06-7601 SI