UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jo Nash, individually and on behalf of all those similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>LG-Philips LCD Co. Ltd., LG Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; Hannstar Display Corporation,<br><br>               Defendants. | Case No. C-06-7601 MMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>Honorable Maxine M. Chesney |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7453510.1

STIPULATION AND ORDER
FOR EXTENSION OF TIME
C-06-7601 MMC

## STIPULATION FOR EXTENSION OF TIME

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 12, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation to transfer the LCD Cases to the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the LCD Cases;

WHEREAS plaintiff and Hitachi America, Ltd. ("HAL") and Hitachi Electronic Devices (USA), Inc. ("HED-US") have agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties and for the Court;

WHEREAS plaintiff agrees that the deadline for HAL and HED-US to respond to the Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after plaintiff provided written notice to HAL and HED-US that plaintiff does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case;

WHEREAS plaintiff further agrees that this extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of their intention to join this extension;

WHEREAS this Stipulation does not constitute a waiver by HAL and HED-US or any defendant of any defense, including but not limited to the defenses of lack of personal or subject

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7453510.1     2     STIPULATION AND ORDER FOR EXTENSION OF TIME
C-06-7601 MMC

matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue.

PLAINTIFF AND DEFENDANTS HAL AND HED-US, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for the HAL and HED-US to respond to the Complaint shall be extended until the earlier of the following two dates (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides written notice that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case.

2. This extension is available, without further stipulation with counsel for plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of their intention to join this extension.

IT IS SO STIPULATED.

Dated: January 5, 2007
Signature: [signature]

Michael P. Lehmann
Thomas P. Dove
Christopher L. Lebsock
Jon T. King
Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

Francis O. Scarpulla
Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Counsel for Plaintiff Jo Nash

Dated: January 5, 2007
Signature: William J. Taylor

Kent M. Roger
William J. Taylor
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Counsel for Defendants
Hitachi America, Ltd. and Hitachi Electronic Devices (USA), Inc.

SO ORDERED: [signature: Susan Illston]